IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>UNDETERMINED QUANTITIES OF THE ARTICLES OF DRUG LISTED BELOW, IN VARIOUS SIZE AND TYPE CONTAINERS, LABELED AND UNLABELED, WHICH WERE MANUFACTURED BY AND ARE IN THE POSSESSION OF MUELER SPORTS MEDICINE, INC., ONE QUENCH DRIVE, PRAIRIE DU SAC, WISCONSIN:<br><br>MUELLER FOOT AND BODY POWDER<br>MUELLERGESIC ANALGESIC BALM<br>MUELLER HOT STUFF<br>MUELLER HALF AND HALF BALM<br>MUELLER ABRASION OINTMENT<br>MUELLER LUBRICANT<br>MUELLER RUNNERS LUBE<br>MUELLER SPORTS BALM,<br><br>Defendants. | Civ. No. 01-C-0049-C<br><br>ORDER |

## ORDER

THIS MATTER having been presented to the Court by Mueller Sports Medicine, Inc. ("Mueller Sports Medicine"), by way of an unopposed motion seeking an Order to vacate the Consent Decree of Condemnation and Destruction ("Consent Decree") entered in the above-captioned matter on May 23, 2001, the Court having retained jurisdiction to issue further orders as may be necessary as set forth in the Consent Decree, and having considered the papers

1

submitted in support of the motion including a representation that the United States has elected not to oppose the motion; and good cause having been shown;

IT IS SO ORDERED.

1. The Motion to Vacate the Consent Decree of Condemnation and Destruction, pursuant to Fed. R. Civ. P. 60(b) is GRANTED;

2. The Consent Decree entered in this matter on May 23, 2001 and the permanent injunction currently in place, is hereby VACATED in its entirety.

DATED this 14th day of August, 2018

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on August 7, 2019, I caused the foregoing motion and proposed order to be served upon the Filing Users identified on the Court's Case Management/Electronic Case Files system, and served a copy via email of the foregoing motion to:

>David Conway
>Assistant U.S. Attorney
>Western District of Wisconsin
>222 West Washington Avenue, Suite 700
>Madison, WI 53703
>David.Conway@usdoj.gov

/s/<br>Michele W. Sartori

1